# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFTON MURIE, Derivatively on Behalf of UIPATH, INC., | Case No: 1:25-cv-03497 |
| Plaintiff, | |
| v. | |
| PHILIPPE BOTTERI, MICHAEL GORDON, DANIEL SPRINGER, LAELA STURDY, KARENANN TERRELL, RICHARD P. WONG, JUNE YANG, DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA, | |
| Defendants, | |
| and, | |
| UIPATH, INC., | |
| Nominal Defendant. | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Clifton Murie ("Plaintiff"), having filed his Motion to File Complaint Under Seal (the "Motion") which seeks to permit Plaintiff to file an unredacted version of his Verified Shareholder Derivative Complaint (the "Complaint") under seal and to permit Plaintiff to publicly file a redacted version of the Complaint, and the Court having reviewed the motion and exhibits thereto and having found sufficient cause under Fed. R. Civ. P. 5.2(d) to order this case to be filed under seal, it is hereby

**ORDERED** Plaintiff's Motion to File Complaint Under Seal is GRANTED. Plaintiff's unredacted Complaint shall be sealed and the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14.

**FURTHER ORDERED** that after filing the unredacted Complaint under seal, Plaintiff shall file the redacted version of the Complaint, substantially in the form attached to the Declaration of Thomas J. McKenna as Exhibit A, on the public docket.

**SO ORDERED.**

Dated:  May 20, 2025

The Court finds that the presumption of public access is outweighed by the privacy interests of those resisting disclosure.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).  The proposed redactions serve to protect the personal affairs of the directors and officers of UiPath, as well as UiPath's standing in the marketplace.   Further, the proposed redactions are narrowly tailored to address those interests, impacting only 2 of 269 paragraphs in the Complaint.

_____

JOHN P. CRONAN
United States District Judge